IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RORY RENIA WHITE,**<br><br>                                   Petitioner,<br><br>        v.<br><br>**JOHN C. MARSHALL,**<br><br>                                   Respondent. | CIV S-08-1053 JAM GGH P<br><br>**ORDER** |

   GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including March 21, 2009.

   If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer

Dated:  January 20, 2009

/s/ Gregory G. Hollows
The Honorable Gregory G. Hollows

Whit1053.eot