IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RORY RENIA WHITE,

    Petitioner,                   No. CIV S-08-1053 JAM GGH P

    vs.

JOHN C. MARSHALL,

    Respondent.                ORDER

    _____/

        Petitioner has requested a 90-day extension of time to file a traverse pursuant to the court's order of December 18, 2008, because he is evidently in the process of being transferred and anticipates not being reunited with his personal property for an extended period. Petitioner also notes that respondent was granted an extension of time to file a response to the petition. The court will permit petitioner a 60-day extension of time to file a traverse. Should petitioner not have access to his personal legal property for more than 45 days, he may seek a further, and limited, extension at that time.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 20, 2009 request for an extension of time (Docket # 14) is partially granted; and

\\\\\

2. Petitioner is granted sixty days from the date of this order in which to file a traverse.

DATED: March 31, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/md
whit1053.111